# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SARA WYLIE, as Personal Representative of                    PLAINTIFFS
the Probate Estate of Phillip Wylie, Deceased, and
as Trustee of the Wylie Revocable Living Trust;
and MICHAEL WYLIE, as Personal Representative
of the Probate Estate of Phillip Wylie, Deceased

v.                  No. 4:18CV00017 JLH

PLATINUM EQUITY, LLC; RYERSON
HOLDING CORPORATION, formerly known
as Rhombus Holding Corporation;
and RYERSON, INC.                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Sara Wylie, as Personal Representative of the Probate Estate of Phillip Wylie, Deceased, and as Trustee of the Wylie Revocable Living Trust, and Michael Wylie, as Personal Representative of the Probate Estate of Phillip Wylie, Deceased, against Platinum Equity, LLC, Ryerson Holding Corporation, formerly known as Rhombus Holding Corporation, and Ryerson, Inc., are dismissed without prejudice.

IT IS SO ORDERED this 25th day of June, 2018.

                                                    /s/ J. Leon Holmes
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE